```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63263
   BRIAN D SPARKS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-3410


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/31/2005 and was confirmed 02/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 09/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMERICA SERVICING COMPAN CURRENT MORTG    34938.67            .00       34938.67
AMERICA SERVICING COMPAN MORTGAGE ARRE     7861.74            .00        7861.74
AMERICAS SERVICING COMPA NOTICE ONLY     NOT FILED            .00            .00
LASALLE BANK             SECURED          13170.85        1197.07       13170.85
AMERICAS SERVICING CO    NOTICE ONLY     NOT FILED            .00            .00
TIMOTHY K LIOU           DEBTOR ATTY       915.20                         915.20
TOM VAUGHN               TRUSTEE                                        3,793.47
DEBTOR REFUND            REFUND                                         7,500.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            69,377.00

PRIORITY                                         .00
SECURED                                    55,971.26
    INTEREST                                1,197.07
UNSECURED                                        .00
ADMINISTRATIVE                                915.20
TRUSTEE COMPENSATION                        3,793.47
DEBTOR REFUND                               7,500.00
                   ---------------       ---------------
TOTALS             69,377.00               69,377.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63263 BRIAN D SPARKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/03/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 63263 BRIAN D SPARKS